[No. 6455-3-II.   Division Two.   June 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
LOUIS ARNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 82-6457, David R. Draper, J., entered June

17, 1982. *Reversed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.